APRIL 3, 1978

No. 77–980. LEWIS v. COWEN ET AL. Affirmed on appeal from D. C. E. D. Pa. MR. JUSTICE BRENNAN and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 77–1026. RILEY, A MINOR, BY GIBBS v. OHIO ET AL. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 77–85. SMALLING, SUPERINTENDENT OF UNIFIED SCHOOL DISTRICT No. 480, SEWARD COUNTY, KANSAS, ET AL. v. EPPERSON ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carey* v. *Piphus, ante,* p. 247.

No. A–636 (77–6111). BROWN v. UNITED STATES. C. A. 2d Cir. Application for stay, presented to MR. JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–776. KEOGH v. MAIN XX XVI, INC. County Ct. of Law No. 3, Harris County, Tex. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–122. IN RE DISBARMENT OF STILLO. Disbarment entered. [For earlier order, see 434 U. S. 979.]

No. D–125. IN RE DISBARMENT OF DUDEN. Disbarment entered. [For earlier order, see 434 U. S. 980.]

No. D–126. IN RE DISBARMENT OF SPAR. Disbarment entered. [For earlier order, see 434 U. S. 980.]